| AO-10<br>Rev. 1/2002 | # FINANCIAL DISCLOSURE REPORT<br>## NOMINATION REPORT | *Report Required by the Ethics in<br>Government Act of 1978<br>(5 U.S.C. App. §§101-111)* |
|---|---|---|

| 1. Person Reporting *(Last name, first, middle initial)*<br><br>ROBART, JAMES L. | 2. Court or Organization<br><br>U.S. District Court<br>Western District of Washington | 3. Date of Report<br><br>December 10, 2003 |
|---|---|---|
| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br>District Court Judge (nominee) | 5. Report Type (check appropriate type)<br>_X_ Nomination, Date: 12/09/2003<br>___ Initial ___ Annual ___ Final | 6. Reporting Period<br><br>January 1, 2002 – December 9, 2003 |
| 7. Chambers or Office Address<br><br>Lane Powell Spears Lubersky LLP<br>1420 Fifth Avenue, Suite 4100<br>Seattle, WA 98101-2338 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date_____ | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| | ☐ NONE (No reportable positions.) | |
| 1 | Managing Partner | Lane Powell Spears Lubersky LLP |
| 2 | Trustee | Whitman College |
| 3 | Trustee | Hugh S. Cannon Foundation |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | ☐ NONE (No reportable agreements.) | |
| 1 | 2002 & 2003 | Lane Powell Spears Lubersky LLP 401(k) Plan |
| 2 | | |
| 3 | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| | DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| | ☐ NONE (No reportable non-investment income.) | | |
| 1 | 2001 | Lane Powell Spears Lubersky LLP | $425,575.00 |
| 2 | 2002 | Lane Powell Spears Lubersky LLP | $414,085.00 |
| 3 | (01/01 to 12/09)<br>2003 | Lane Powell Spears Lubersky LLP | $418,537.45 |
| 4 | 2002 | NASD Regulation, Inc. | $800.00 |
| 5 | (01/01 to 12/09)<br>2003 | NASD Regulation, Inc. | $1,750.00 |
| 6. | (CONTINUED IN PART VIII) | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | JAMES L. ROBART | December 10, 2003 |

## IV. REIMBURSEMENTS. – transportation, lodging, food, entertainment
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements.) | |
| 1 EXEMPT | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts.) | | |
| 1 EXEMPT | | $ |
| 2 | | $ |
| 3 | | $ |
| 4 | | $ |

## VI. LIABILITIES. *(Includes those to spouse and dependent children; see pp. 32-33 of Instructions.).*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☐ NONE (No such reportable liabilities.) | | |
| 1 Bank of America | Credit Card | J |
| 2 American Express | Credit Card | J |
| 3 Bank of America | Credit Card | J |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions (includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| | NONE (No reportable income, assets, | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 KeyBank | A | Int. | K | T | | | | | | |
| 2 Bank of America | A | Int. | E | T | | | | | | |
| 3 Brokerage Account # 1 | A | Int. | L | T | | | | | | |
| 4 LPSL WA –1 | D | Int. | L | T | | | | | | |
| 5 Capstan Fund LP | A | Passive Income | J | D | | | | | | |
| 6 Oak Harbor, WA Rental Property (2002 - $388,903) | C | Rent | N | S | | | | | | |
| 7 Shoreline, WA Rental Property (2002 - $346,000) | D | Rent | N | S | | | | | | |
| 8 Seattle, WA Rental Property # 1 (2002 - $169,000) | D | Rent | M | S | | | | | | |
| 9 ISROB Associates | D | Passive Inc. & Int. | J | D | | | | | | |
| 10 Bank of Washington Common Stock | | None | K | T | | | | | | |
| 11 Charter Bank Common Stock | | None | L | T | | | | | | |
| 12 Pallino Restaurant Common Stock | | None | K | T | | | | | | |
| 13 Barclay Seed Co. Common Stock | | None | K | W | | | | | | |
| 14 Brokerage Account # 2 | D | Div. & Int. | P1 | T | | | | | | |
| -- Boeing Common Stock | A | Div. | K | T | | | | | | |
| -- Boise Cascade Common Stock | A | Div. | K | T | | | | | | |

## VII. Page 2 INVESTMENTS and TRUSTS – income, value, transactions *(includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| NONE (No reportable income, assets, | | | | | | | | | |
| **Continued from page 1** — Deutsche Telekom Common Stock | B | Div. | J | T | | | | | |
| — ICOS Common Stock | | None | K | T | | | | | |
| — JDS Uniphase Common Stock | | None | J | T | | | | | |
| — Starbucks Common Stock | | None | O | T | | | | | |
| — Wells Fargo Common Stock | B | Div. | K | T | | | | | |
| — Western Wireless Common Stock | | None | L | T | | | | | |
| **16 Treasury Direct Account** | D | Int. | M | T | | | | | |
| — 03/31/03 Note | A | Int. | J | T | | | | | |
| — 05/31//03 Note | B | Int. | K | T | | | | | |
| — 03/31/04 Note | B | Int. | F | T | | | | | |
| — 05/15/07 Note | B | Int. | E | T | | | | | |
| **17 ChevronTexaco** Common Stock | B | Div. | L | T | | | | | |
| **18 Brokerage Account #3** | B | Div & Int. | L | T | | | | | |
| — Albertson's Common Stock | A | Div. | K | T | | | | | |
| — Costco Common Stock | | None | J | T | | | | | |
| — First Mutual Bank Common Stock | A | Div. | K | T | | | | | |
| **19 Brokerage Account #4** | A | Div. & Int. | K | T | | | | | |
| — Principal Financial Common Stock | A | Div. | K | T | | | | | |